UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:25-cv-02435-SDM-NHA

EDWARD MERGENTHAL,

    Plaintiff,

v.

MANKI, LLC, (dba) REYNOLDS FOOD MART,
a Florida Limited Liability Company and
JITENDRAKUMAR PATEL,
individually,

    Defendants,
_____/

## PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to the Court's Notice of Local Rule 2.02(a), **EDWARD MERGENTHAL**, designates Noah E. Storch, Esq., of Richard Celler Legal, P.A. as lead counsel for Plaintiff in the above styled action.

Dated this 18th day of September 2025.

*(Remainder of page left intentionally blank)*

Respectfully submitted,

*/s/ Noah E. Storch*
Noah E. Storch, Esq.
Florida Bar No. 0085476
RICHARD CELLER LEGAL, P.A.
7951 SW 6th St, Suite 316
Plantation, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-Mail: noah@floridaovertimelawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September 2025, a true and correct copy of the foregoing has been filed using CM/ECF system which I understand will send a copy to all counsel of record.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.